

**SO ORDERED.**
**SIGNED this 30th day of October, 2023**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

TRACY NICOLE TAYLOR

Case No. 3:23-bk-31871-SHB
Chapter 13

Debtor

### O R D E R

On October 26, 2023, Debtor, *pro se*, filed a Certificate of Debtor Education that references Bankruptcy Case Number: 23-31624, which was dismissed on October 18, 2023. The Court, accordingly, directs that the Certificate of Debtor Education filed on October 26, 2023 [Doc. 4], is STRICKEN.

###