

**SO ORDERED.**
**SIGNED this 15th day of November, 2023**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

TRACY NICOLE TAYLOR

Case No. 3:23-bk-31871-SHB
Chapter 13

Debtor

# O R D E R

Debtor, *pro se*, filed a Voluntary Petition commencing this Chapter 13 bankruptcy case on October 26, 2023, but did not file the Certificate of Credit Counseling; Statement Regarding Payment Advices; Schedules A/B through J; Declaration About Schedules; Statement of Financial Affairs; Summary of Assets and Liabilities and Certain Statistical Information; Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period; and Chapter 13 Plan as required by 11 U.S.C. §§ 109(h), 521(b)(1), and 1321; and Federal Rules of Bankruptcy Procedure 1007(b) and 3015(b).  Debtor was notified by the Notice of Additional Documents to Be Filed dated October 30, 2023, that the delinquent documents were required to be filed within fourteen days of the petition date (i.e., by November 9, 2023).  On November 13, 2023, Debtor filed a number of documents but did not file the Certificate of Credit Counseling; Statement

Regarding Payment Advices; Schedules C and J; Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period; and Chapter 13 Plan, notwithstanding that pursuant to 11 U.S.C. § 521(i), "if an individual debtor in a voluntary case under chapter . . . 13 fails to file all of the information required under subsection (a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition [i.e., December 11, 2023]."

The Court, accordingly, directs the following:

1. Debtor shall appear on December 6, 2023, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why this case should not be dismissed due to her ineligibility to be a debtor under Title 11 pursuant to 11 U.S.C. § 109(g)(1), providing that no individual may be a debtor "who has been a debtor in a case pending under [Title 11] at any time in the preceding 180 days if the case was dismissed by the court for willful failure of the debtor to abide by orders of the court, or to appear before the court in proper prosecution of this case," because in Case No. 3:23-bk-31624-SHB, filed on September 14, 2023, Debtor failed (1) to file the Certification of Credit Counseling; Statement Regarding Payment Advices; Schedules A/B through J; Declaration About Schedules; Statement of Financial Affairs; Summary of Assets and Liabilities and Certain Statistical Information; Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period; and Chapter 13 Plan as required by 11 U.S.C. §§ 109(h), 521(a)(1), and 1321; Federal Rules of Bankruptcy Procedure 1007(b) and 3015(b); and the Notice of Additional Documents to Be Filed; and (2) to appear at the hearing held on October 18, 2023, as required by the Court's Order entered on September 29, 2023 [Doc. 12], directing Debtor to appear and show cause why the case should not be dismissed and rescheduling the hearing noticed on the Chapter 13 Trustee's Motion to

Dismiss filed on September 19, 2023, resulting in dismissal of the case by an Order entered on October 18, 2023 [Doc. 15].

    2.  Debtor shall also be required to show cause why the Court should not impose a 270-day bar against the filing of a bankruptcy case by Debtor under any chapter, as authorized by 11 U.S.C. § 349(a), incorporating therein 11 U.S.C. § 109(g), for her repeated and willful failure to abide by orders of this Court and otherwise comply with the provisions of the Bankruptcy Code.

    3.  The clerk shall mail a copy of this Order and the Orders referenced in paragraph 1 to Tracy Nicole Taylor, Post Office Box 1146, Seymour, Tennessee 37865.

                                        ###